UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN DUANE JACKSON,

          Plaintiff,

   v.

KELLY V. SIMMONS,

          Defendant.

Case No.  25-cv-09115-VC

**ORDER OF DISMISSAL**

Warren Duane Jackson filed a "Legal Criminal Complaint to Convict to Legally Federally Legally Prosecute to Indict to Legally Federally Imprison Judge Simmons." The same day, the Clerk sent Jackson two notices: (1) his complaint on the court's form was due within 28 days of the filing date of the Clerk's notice; and (2) his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Both notices included blank copies of the required forms and warned Jackson if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Jackson has not filed the two documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

    **IT IS SO ORDERED.**

Dated: January 16, 2026

                          _____

                          VINCE CHHABRIA
                          United States District Judge